**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| POLYBLANK DESIGNS LIMITED,<br><br>             Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS,<br>LIMITED LIABILITY COMPANIES,<br>PARTNERSHIPS, AND UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED ON<br>SCHEDULE A TO THE COMPLAINT,<br><br>             Defendant | Civil Action No. 26-cv-4039 |

**CERTIFICATE OF SERVICE**

I, Shengmao Mu, declare as follows:

1.      I am over eighteen (18) years of age and not a party to this action. I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2.      I am an attorney at law, duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York. I am one of the attorneys for Plaintiff Polyblank Designs Limited ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

3.      On June 30, 2026, Plaintiff received ECF notice that the Temporary Restraining Order ("TRO") was granted permitting Plaintiff to complete service of process on Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, TRO and relevant documents on a website and by sending an e-mail to the e-mail

1

addresses provided for Defendants by third parties that includes a link to said website. ECF No. 16. The TRO set a show cause hearing for July 14, 2026 at 10:00 a.m.

4.    On July 14, 2026, this Court entered an order extending the TRO and continuing the show cause hearing until July 28, 2026 at 10:00 a.m. Dkt. 19.

5.    I hereby certify that on July 20, 2026, I or a person under my direction electronically published the Complaint, TRO, all signed Orders and scheduling orders, and all other relevant documents filed in this action on a website.

6.    I hereby certify that on July 20, 2026, I or a person under my direction sent an e-mail that includes a link to said website to all e-mail addresses provided by third party service providers and disclosed by Defendants, notifying the Defendants of the hearing on Plaintiff's request for preliminary injunction scheduled for July 28, 2026 at 10:00 a.m.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2026                            Respectfully submitted,

                                                */s/ Shengmao Mu*
                                                Shengmao Mu
                                                NY No. 5707021
                                                **WHITEWOOD LAW PLLC**
                                                57 West 57th Street, 3rd and 4th Floors
                                                New York, NY 10019
                                                Telephone: (917) 858-8018
                                                Email: smu@whitewoodlaw.com

                                                *Counsel for Plaintiff*

2