**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

POLYBLANK DESIGNS LIMITED,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Civil Action No. 26-cv-4039

## ~~[PROPOSED]~~ PRELIMINARY INJUNCTION ORDER

The Court has considered Plaintiff's Motion To Show Cause As To Why A Preliminary Injunction Should Not Issue (the "Motion to Show Cause") and oral arguments made in the hearing. Based on the papers and other evidence submitted in support of the Motion to Show Cause, and for good cause shown, the Court makes the following findings of fact and conclusions of law:

## FACTUAL FINDINGS & CONCLUSIONS OF LAW

1. Plaintiff is likely to prevail on its copyright infringement claim at trial.

2. As a result of Defendants' misconduct, Plaintiff is likely to suffer immediate and irreparable losses, damages, and injuries:

   a. Defendants, without any authorization or license from Plaintiff, have knowingly, willfully, and deliberately sold and offered for sale products infringing upon Copyright Registration Nos. asserted in this action: VA2102211; VA2126808; VA2102217; VA2102693 and VA2126826 (the "PETS ROCK Works") in connection with the systematic advertisement, distribution, offering for sale, and

sale of (the "Infringing Products") into the United States, including within this judicial district of New York, over the Internet through accounts with online marketplace platforms including PayPal, Shop Pay, AliPay, DHGate, eBay, and Redbubble held by Defendants (the "User Account(s)") as identified by the Seller Aliases and Seller IDs identified on Schedule A attached hereto.

b. Plaintiff has well-founded fears that more Infringing Products will appear in the marketplace using the same User Accounts or new and different User Accounts; that the availability of these Infringing Products will diminish the value of the PETS ROCK Works and erode Plaintiff's licensing revenue, resulting in injury to Plaintiff's reputation and goodwill and, in particular, the reputation and goodwill related to PETS ROCK Works.

3. On balance, the potential harm to Defendants of being prevented from continuing to profit from their illegal and infringing activities if a preliminary injunction is issued is far outweighed by the potential harm to Plaintiff, its business, and the goodwill and reputation built up in and associated with PETS ROCK Works if a preliminary injunction is not issued.

**ORDER**

The injunction previously granted in the TRO shall remain in place through the pendency of this action, and issuing this Order is warranted under Federal Rule of Civil Procedure 65 and 17 U.S.C. § 502. Based on the foregoing findings of fact and conclusions of law, Plaintiff's Motion to Show Cause is hereby **GRANTED** and it is **ORDERED** as follows:

1. As sufficient causes have been shown, Defendants and their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order are preliminarily enjoined and restrained from engaging in any of the following conduct during the pendency of this action or until further order of the Court:

a. manufacturing, importing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any Infringing Products;

b. manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods utilizing the PETS ROCK Works, or any substantially similar goods, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

c. destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Infringing Products;

d. using PETS ROCK Works on or in connection with any seller alias (as identified in Schedule A or otherwise) that any Defendant may own, operate, or control on any marketplace;

e. any and all use of PETS ROCK Works as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serves to direct computer searches to the Seller Aliases registered, owned or operated by any Defendant on any Marketplace; and;

f. altering, disabling, closing, or transferring ownership of any seller alias on any Marketplace during the pendency of this action, or until further Order of the Court.

**Asset Restraint**

2. As sufficient cause has been shown, the asset restraint granted in the TRO shall remain in place through the pendency of this litigation, including that:

a. within five (5) days of receipt of service of this Order, that any Financial Institutions such as PayPal, Payoneer, Ping Pong, Coinbase, Alibaba, DHgate, eBay, Redbubble, and any other payment processors or financial institutions holding Defendants' funds, and domain registrars shall locate all accounts associated with Defendants (the "Defendants' Accounts") and other assets belonging to Defendants, including any cryptocurrency (the "Defendants' Assets"), and shall locate, attach, and restrain the transfer or disposition of monies or funds from Defendants' Accounts, as well as the transfer or disposition of Defendants' Assets, until further ordered by this Court. The Financial Institutions and domain registrars shall provide written confirmation of their compliance with the foregoing to Plaintiff.

**Expedited Discovery**

3. As sufficient cause has been shown, within five (5) days of receipt of service of this Order, the Financial Institutions and domain registrars shall provide the following information to Plaintiff's counsel (to the extent such information is in the Financial Institutions' and domain registrars' possession, custody, or control):

a. Identifying information for Defendants, including all available contact information (which shall include, if available, all known e-mail addresses and mailing addresses), as well as all associated account numbers and account balances, regardless of the platform or institution.

b. Any User Accounts and/or online marketplace websites affiliated with Defendants that are not listed on Schedule A to the Complaint (and attached hereto).

c. Information concerning any of Defendants' Accounts or Defendants' Assets including any and all related, connected or otherwise associated accounts or assets, regardless of the hosting platform or institution.

4. As sufficient cause has been shown, Plaintiff is authorized to conduct expedited discovery, including that:

a. Plaintiff may serve interrogatories and requests for production of documents, pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure as well as Local Civil Rule 33.3 of the Local Rules for the Southern District of New York and Defendants who are served with this Order shall provide written responses under oath to such interrogatories and produce documents requested within seven (7) days of service to Plaintiff's counsel.

**Security Bond**

5. The $1,500 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Order is terminated.

**Application to Vacate or Dissolve**

6. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two (2) days' notice to Plaintiff or on shorter notice as set by this Court.

The Clerk of Court shall close docket number 25.

Loretta A. Preska

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
July 28, 2026

**SCHEDULE A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | eagerlys | Standalone | eagerlys.com |
| 2 | ngvanlinh | Ebay | ngvanlinh |
| 3 | oldschoolcult | Ebay | shirtfashionua |
| 4 | sieiev | Ebay | ybugly |
| 5 | viki_st | Ebay | bigsaleshops |
| 6 | uledemode_official | Dhgate | 22010196 |
| 7 | 22Shop Store | Aliexpress | 1102280057 |
| 8 | 3D Printing Clothes Store | Aliexpress | 1101776626 |
| 9 | Avant-garde Store | Aliexpress | 1101778509 |
| 10 | Black Bat Store | Aliexpress | 1103040306 |
| 11 | Gelvshi Dropshipping Store Store | Aliexpress | 1102682178 |
| 12 | Hawaiian Casual 3D Print Store | Aliexpress | 1102754396 |
| 13 | Jumeast 03 Store | Aliexpress | 1102137263 |
| 14 | Mr Trend Clothing Store | Aliexpress | 1103278597 |
| 15 | Personalization Clothing Store | Aliexpress | 1102672860 |
| 16 | Quality men's Clothing Store Store | Aliexpress | 1103402193 |
| 17 | RunQiu01 Store | Aliexpress | 1103711449 |
| 18 | Seraphina Store | Aliexpress | 1103588441 |
| 19 | Sharp Style 06 Store | Aliexpress | 1104339301 |
| 20 | Shop1102454119 Store | Aliexpress | 1102461106 |
| 21 | Shop1102770170 Store | Aliexpress | 1103305973 |
| 22 | Shop1102788552 Store | Aliexpress | 1102790580 |
| 23 | Shop1103345330 Store | Aliexpress | 1103337667 |
| 24 | Shop1103405051 Store | Aliexpress | 1103400061 |
| 25 | Shop1103677606 Store | Aliexpress | 1103681433 |
| 26 | Shop1103710075 Store | Aliexpress | 1103713072 |
| 27 | Shop1103732610 Store | Aliexpress | 1103732611 |
| 28 | Shop1103753479 Store | Aliexpress | 1103751474 |
| 29 | Shop1103882893 Store | Aliexpress | 1103879911 |
| 30 | Store NO 7 Store | Aliexpress | 1102244813 |
| 31 | Super Shirt Store | Aliexpress | 1103798135 |
| 32 | Wuxi Ivy Textile Co., Ltd. | Madeinchina | wxivy2019 |
| 33 | ApparelFactory | Redbubble | apparelfactory |