UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POLYBLANK DESIGNS LIMITED,

Plaintiff,

v.

EAGERLYS, et al.,

Defendants.

Civil Action No. 26-cv-4039

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CERTAIN DEFENDANT WITHOUT PREJUDICE**

The Court has considered Plaintiff's Letter Motion to Dismiss Certain Defendant Without Prejudice and finds that voluntary dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the following defendant is dismissed from this case without prejudice, and with each party bearing their own attorney's fees and costs:

| Defendant Seller Name | DOE No. |
|---|---|
| eagerlys | 1 |

The Clerk of Court shall close ECF 33.

SO ORDERED this 13 day of October, 2026.

Hon. Loretta A. Preska
UNITED STATES DISTRICT JUDGE